# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:22-cv-02137-SKC-SBP

ERIC GUTMAN,
RYAN BOYLE,
ERIC SPIVACK,
KEITH NATHAN, and
KYLE JOHNSON, each individually and on behalf of all others similarly situated,

Plaintiffs,

v.

POINTSBET USA INC.,
POINTSBET NEW YORK LLC,
POINTSBET INDIANA LLC,
POINTSBET IOWA LLC,
POINTSBET MICHIGAN LLC,
POINTSBET NEW JERSEY LLC,
POINTSBET COLORADO LLC,
POINTSBET ILLINOIS LLC,
POINTSBET WEST VIRGINIA LLC,
POINTSBET VIRGINIA LLC, and
POINTSBET PENNSYLVANIA LLC,

Defendants.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Adopting In Part Report And Recommendation Of United States Magistrate Judge (Doc. 74) entered by U.S. District Judge S. Kato Crews on August 21, 2024, it is

ORDERED that judgment is entered in favor of the defendants and against the plaintiffs. It is

FURTHER ORDERED that this case is terminated.

Dated at Denver, Colorado this 21st day of August, 2024.

                                FOR THE COURT:
                                JEFFREY P. COLWELL, CLERK

                                By:   s/C. Pearson, Deputy Clerk